IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ANTHONY MANZELLA**                                                   **PLAINTIFF**

v.                              **CAUSE NO. 1:14CV295-LG-JCG**

**SPECIALTY CONTRACTORS &**
**ASSOCIATES, INC., and KILLIAN**
**CONSTRUCTION COMPANY**                        **DEFENDANTS**

### ORDER DENYING PLAINTIFF'S MOTION
### TO STRIKE SPECIALTY'S EXPERT, DR. JACK MORIARITY

**BEFORE THE COURT** is Anthony Manzella's Motion [134] to Strike Specialty's Expert, Dr. Jack Moriarity, for failure to comply with the expert disclosure requirements imposed by Fed. R. Civ. P. 26(a)(2)(B)(v).  This Court previously entered an Order [156] in which it took the Motion under advisement and ordered Specialty to supplement its designation of Dr. Moriarity.  Specialty complied with the Court's Order by filing a Response [160] and a complete list of Dr. Moriarity's trial and deposition testimony given in the past four years.  Manzella has notified the Court that he has no objection to the sufficiency of the supplemental information provided by Specialty.  As a result, the Court finds that Manzella's Motion to Strike Dr. Moriarity should be denied.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Anthony Manzella's Motion [134] to Strike Specialty's Expert, Dr. Jack Moriarity, is **DENIED**.

**SO ORDERED AND ADJUDGED** this the 24th day of August, 2015.

                                                  s/ *Louis Guirola, Jr.*
                                                  Louis Guirola, Jr.
                                                  Chief United States District Judge